379 A.2d 600

Commonwealth v. Moore, Appellant.

Submitted September 13, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.